No. 1,338.—WHITE, APPELLANT, v. KERN, RESPONDENT.

*Appeal from District Court, Custer County.*

Decided May 16, 1901.

PER CURIAM.—This cause having been set for hearing this day, and no briefs having been filed and no one appearing to present the matter orally to the court, the judgment appealed from is affirmed.

*Mr. C. B. Nolan,* for Appellant.

No. 1,629.—MONTANA ORE PURCHASING CO. ET AL., RESPONDENTS, v. BOSTON & MONTANA CONSOL. COPPER & SILVER MINING CO., APPELLANT.

*Appeal from District Court, Silver Bow County.*

Application by appellant for a writ of *supersedeas.* Decided May 6, 1901.

PER CURIAM.—Dismissed, for the reason that the application alleges grounds which, if they entitle the appellant to any relief, should be addressed to the district court in the first instance.

Rehearing denied, May 18, 1901.

*Messrs. Forbis & Evans, Mr. William Scallon, Mr. Thos. Patterson* and *Mr. Wm. H. DeWitt,* for Appellant. *Messrs. McHatton & Cotter,* for Respondents.